

FILED

APR 23 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GABRIEL LEE MULLINS,<br>Defendant. | No. 1:05-cr-00133-DAD<br><br>ORDER DIRECTING CLERK TO DISBURSE MONIES FROM UNCLAIMED FUNDS ACCOUNT |

On August 29, 2005, the court entered an amended judgment and commitment as to defendant Gabriel Lee Mullins, which included an order that defendant make restitution to payee Execu-Tech Communications. (Doc. No. 13 at 5.) On February 20, 2018, Execu-Tech Communications contacted the court's financial department to provide an updated address. The Clerk of the Court is hereby directed to disburse monies held in the court's unclaimed funds account for Execu-Tech Communications to the updated address on file with the court's financial department.

IT IS SO ORDERED.

Dated: **April 23, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1